UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-01488-DDP (AS) | Date | October 20, 2016 |
|---|---|---|---|
| Title | Darryl Alvin Flint-Spivey v. Eric Arnold | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**      (IN CHAMBERS)  ORDER TO SHOW CAUSE

On July 8, 2016, Darryl Alvin Flint-Spivey ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254 ("Petition"). (Docket Entry No. 1).

On July 27, 2016, Respondent filed a Motion to Dismiss the Petition, contending that the Petition was time barred. (Docket Entry No. 7). Respondent also filed a Notice of Lodging with lodged documents in support of the Motion to Dismiss. (Docket Entry No. 8). On July 28, 2016, the Court issued an Order directing Petitioner to file an Opposition to the Motion to Dismiss or a Statement of Non-Opposition to the Motion to Dismiss by no later than August 29, 2016. (Docket Entry No. 9).

As of today's date, Petitioner has failed to file an Opposition to the Motion to Dismiss, a Statement of Non-Opposition to the Motion to Dismiss, or any response to the Court's July 28, 2016 Minute Order.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE within twenty (20) days of the date of this Order (by no later than **November 9, 2016**) why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with Court orders. Petitioner may discharge this Order by timely filing an Opposition to the Motion to Dismiss or a Statement of Non-Opposition to the Motion to Dismiss.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-01488-DDP (AS) | Date | October 20, 2016 |
|---|---|---|---|
| Title | Darryl Alvin Flint-Spivey v. Eric Arnold | | |

**Petitioner is warned that failure to comply with this Order will result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or comply with Court orders pursuant to Fed.R.Civ.P. 41(b).**

|  | 0 : | 0 |
|---|---|---|
|  |  | 0 |
| Initials of Preparer | AF | |