**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DARRYL FLINT-SPIVEY, | ) | NO. CV 16-01488-DDP (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ERIC ARNOLD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 13, 2016.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE